THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:21-cv-00341-MR-WCM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| APPROXIMATELY $5,595.00 IN U.S. CURRENCY seized from William Keeion Smith on or about May 14, 2021, in Henderson County, North Carolina, | ) ) ) ) ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court *sua sponte*.

On December 30, 2021, the Court received a verified claim from William Keeion Smith ("Claimant"), in which he asserts an interest in the defendant currency. [Doc. 4].

Pursuant to Rule G(5)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the Claimant was required to serve and file an answer to the Government's Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after filing his claim.

**IT IS, THEREFORE, ORDERED** that the Claimant William Keeion Smith shall serve and file an answer to the Government's Complaint or a motion pursuant to Rule 12 of the Federal Rules of Civil Procedure within twenty-one (21) days of the entry of this Order. **The Claimant is advised that failure to file an answer or motion within the time required will result in the dismissal of his claim.**

The Clerk of Court is directed to provide copies of this Order to counsel for the Government and counsel for the Claimant William Keeion Smith.

**IT IS SO ORDERED.**

Signed: February 2, 2022

Martin Reidinger
Chief United States District Judge